# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:

CATHERINE LOUISE KUTSCHINSKI
SS# xxx-xx-5191

Case #:  DG 12-04765
Chapter 13
Hon.  Scott W. Dales

Filed:  May 17, 2012
Confirmed:

Debtor(s)
_____/

## (x)  1ST AMENDED CHAPTER 13 PLAN (pre-confirmation)

Catherine L. Kutschinski, Debtor, through her attorney Martin L. Rogalski, P.C., amends her Chapter 13 Plan.  The purpose of this amendment to address the funding to the general unsecured creditors as follows:

**III. DISBURSEMENTS**

    **F.    UNSECURED CREDITORS**

1. **General Unsecured Creditors:** Claims in this class are paid from funds available after payment to all other classes.  The payment allowed to the general unsecured claimants will be satisfied by:

   ( X ) Payment of a dividend of 100%.

   All other aspects of this Chapter 13 Plan, not in direct conflict with this amendment, shall remain the same.

Dated: June 26, 2012                      /s/ Catherine Louise Kutschinski
                                          Catherine Louise Kutschinski, Debtor

Dated: June 29, 2012                      /s/ Martin L. Rogalski
                                          Martin L. Rogalski, Counsel for Debtor